**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jerry Neil FOWLER, Defendant–
Appellant.**

No. 08–17245
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 6, 2009.

Jerry Neil Fowler, Yazoo City, MS, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jerry Neil Fowler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fowler's conviction and sentence are **AFFIRMED.**